UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: SEAN PEYTON ROSS : CHAPTER 7
: CASE NO. 24-51851
:
:

NOTICE

THE DEBTOR HAS FILED PAPERS WITH THE COURT TO AVOID JUDGMENT LIEN:

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant(identified below) or at the Clerk's office.

If you do not want the court to avoid the judgment lien or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **January 10, 2025.** If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
PO Box 1957
Macon, Ga 31202

If an objection or response is filed, a hearing on the motion shall be held on **January 23, 2025 at 9:30 AM in courtroom A in United States Bankruptcy Court, 433 Cherry Street, Macon, Ga 31201**.

Parties should consult the Court's website(www.gamb.courts.gov) to determine whether the hearing will be in person, telephonic or virtual. Please refer to Administrative Order 145 for more guidance.

If you mail your response or objection to the court for filing, you shall send it early enough that the court will **receive** the objection or response on or before the response date stated above.

Any objection or response shall also be served on the movant.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This Notice is sent by the undersigned pursuant M.D. Ga. LBR 9004-1.

Dated this 20th Day of December, 2024.

/s/Sherry L. Johnson
Attorney for Debtor

3333 Vineville Avenue
Macon, GA 31204
(478)745-1641

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| IN RE: SEAN PEYTON ROSS<br>Debtor(s) | : | CHAPTER 7<br>CASE NO. 24-51851 |
| SEAN PEYTON ROSS<br>Movant(s) | : | |
| v. | : | |
| GINGER L. TANT-SANDERS<br>Respondent(s) | : | |

## MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. sec. 522(f)

The Debtor(s), pursuant to 11 U.S.C. Sec. 522(f), move(s) the Court for an Order avoiding the judicial lien in favor of the Respondent. Said judicial lien arose from Superior Court of Lamar County, Georgia, Case No. 24B-347-W. All of Debtor(s)'s personal property and real property, if any, is subject to the judicial lien and there is no equity in any of the Debtor(s)'s personal or real property that cannot otherwise be exempted . Said judicial lien impairs the Debtor(s)'s ability to claim exemptions in real and personal property to which the Debtor(s) is/are entitled.

/s/Sherry L. Johnson
Attorney for Debtor(s)
GA Bar No. 706768
3333 Vineville Avenue
Macon, GA 31204
(478)745-1641
Consumerdebt.macon@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: SEAN PEYTON ROSS | : | CHAPTER 7 |
| Debtor(s) | : | CASE NO. 24-51851 |
| _____ | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing NOTICE OF TIME TO RESPOND and MOTION TO AVOID LIEN have been furnished to Walter W. Kelley, Chapter 7 Trustee, via the Court's electronic noticing system by filing of the same with the Court on the 20th of December, 2024. I HEREBY FURTHER CERTIFY that true and correct copies of the foregoing were furnished to Ginger L. Tant-Sanders, 283 Midway Road, Barnesville, Ga 30204 by U.S. Mail on the 20th day of December, 2024.

BY:  /s/ Sherry L. Johnson
Attorney for Debtor(s)
GA Bar No. 706768
3333 Vineville Avenue
Macon, Ga 31204
(478) 745-1641
consumerdebt.macon@gmail.com