In Re: Sean Peyton Ross
    Debtor
    vs.
Ginger L. Tant-Sanders
    Respondent

FILED
U.S. BANKRUPTCY COURT
~~2024 DEC 33 PM 2:42~~ Jan. 2, 2025
MIDDLE DISTRICT
OF GEORGIA
MACON

Case # 24-51851

## OBJECTION TO CLAIM

I, Ginger L. Tant-Sanders, wish to file a motion to object to case # 24-51851, this 2nd day of January, 2025.

Please accept this as my official request to deny Mr. Sean Peyton Ross' request for bankruptcy (Chapter 7).

Thank You,

*Ginger L Tant-Sanders*

Ginger L. Tant-Sanders
P. O. Box 761
283 Midway Rd.
Barnesville, Ga 30204