In Re: Sean Peyton Ross
        Debtor
        vs.
Ginger L. Tant-Sanders
        Respondent

FILED
U.S. BANKRUPTCY COURT   Jan. 2, 2025
2024 DEC 33 PM 2:42
MIDDLE DISTRICT
OF GEORGIA
MACON

Case # 24-51851

## OBJECTION TO CLAIM

I,  Ginger L. Tant-Sanders, wish to file a motion to object to
case # 24-51851, this 2nd day of January ,2025.

Please accept this as my official request to
deny Mr. Sean Peyton Ross' request for bankruptcy (Chapter 7).

Thank You,

Ginger L Tant Sanders

Ginger L. Tant-Sanders
P. O. Box 761
283 Midway Rd.
Barnesville, Ga 30204