# UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

Bankruptcy Proceeding No.: 24–51851–RMM
Chapter: 7
Judge: Robert M Matson

In Re:
    Sean Peyton Ross
    288 Midway Road
    Barnesville, GA 30204
Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held at

U. S. Bankruptcy Courtroom A, 433 Cherry Street, Macon, GA 31201

on 3/13/25 at 09:30 AM

to consider and act upon the following:

*11* – Motion to Avoid Lien with Ginger L. Tant–Sanders Objections due by 1/10/2025 plus an additional 3 (three) days if served by mail. filed by Debtor Sean Peyton Ross Hearing scheduled for 01/23/2025 at 09:30 AM – Macon Courtroom A. Court to hold submitted order for review until 1/13/2025. (Johnson, Sherry) Modified on 12/23/2024 (Gordon, LaSonja)to correct objection/hold order date to match image.

*28* – Response with opposition filed by Creditor Ginger L. Tant–Sanders (related document(s)11 Motion to Avoid Lien) (Gordon, LaSonja)

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in–person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

Dated: 2/20/25

                                            By the Court

                                            Kyle George
                                            Clerk, U.S. Bankruptcy Court
                                            Document # 29 – 11, 28