# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : BANKRUPTCY CASE |
| | : |
| SEAN PEYTON ROSS | : NO. 24-51851-RMM |
| | : |
| Debtor | : CHAPTER 7 |
| | : |

## TRUSTEE'S MOTION FOR PRODUCTION
## OF DOCUMENTS UNDER BANKRUPTCY RULE 2004

COMES NOW WALTER W. KELLEY, Trustee in the above case, and shows the following:

-1-

Walter W. Kelley is the Trustee in this case and is responsible for investigating the financial affairs of the Debtor(s).

-2-

The Trustee requires the Court's authority to obtain documents and records from the Debtor(s), from creditors and from third parties who have custody of records relating to the Debtor's(s') financial affairs. These documents include the Debtor's(s') bank and financial account statements, deposit records, cancelled checks, records of the Debtor's(s') payments to creditors, credit card applications, promissory notes, loan documents, security agreements, security deeds, financing statements, loan/credit applications, appraisals of the Debtor's(s') property, credit reports, motor vehicle records, other records describing the Debtor's(s') financial affairs and Debtor's(s') driver's license current and prior for the purpose of determining perfection of the secured interest in financing statements.

-3-

The Trustee requests entry of an order that will allow him to obtain the above-described records from the Debtor(s), from creditors and from third parties via subpoena, if necessary.

WHEREFORE, MOVANT PRAYS:

(a) That this court enter an order authorizing the Trustee to obtain by subpoena the above-described documents and records from the Debtor(s), from creditors and from third parties who have custody of such records; and

(b) For such other and further relief as it deems just and proper.

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley & Lovett, P.C.**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

## CERTIFICATE OF SERVICE

I certify that the following parties have been served with the Trustee's Motion for Production of Documents Under Bankruptcy Rule 2004. Those not served by electronic means by the Court's electronic filing system were served by U. S. Mail or electronic mail.

Sean Peyton Ross
288 Midway Road
Barnesville, GA 30204

Sherry Lynn Johnson
Po Box 6935
Macon, GA 312086935
ATTORNEY FOR DEBTOR
CONSUMERDEBT.MACON@GMAIL.COM

ELIZABETH A. HARDY
ASST. U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

This 13 day of March 2025.

/s/ Walter W. Kelley
WALTER W. KELLEY