**SO ORDERED.**

**SIGNED this 14 day of March, 2025.**



*Robert M. Matson*

　　**Robert M. Matson**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| In re: | Case No. 24-51851 |
| Sean Peyton Ross | |
| Debtor | Chapter 7 |
| Sean Peyton Ross | |
| Movant | |
| vs. | Contested Matter |
| Ginger L. Tant-Sanders | |
| Respondent | |

**ORDER ON MOTION TO AVOID JUDICIAL LIEN**

This Chapter 7 case came before the Court on March 13, 2025, at 9:30 AM, for a hearing on the Debtor's Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. § 522(f)

1

[Doc. 11] ("Motion to Avoid"), and the response opposing the Motion to Avoid filed by Ginger L. Tant-Sanders [Doc. 28].

The Debtor and Respondent have been engaged in a boundary-line dispute spanning several years and multiple actions in the Superior Court of Lamar County. These actions include *Ginger L. Tant-Sanders v. Sean Peyton Ross*, Case No. 19B-447-W; *Sean Peyton Ross v. Ginger Tant Sanders, Lamar County, Smith Welch Law, and Others*, Case No. 23B-111-W; and *Ginger L. Tant-Sanders v. Sean Peyton Ross*, Case No. 24B-347-W. Although the Motion to Avoid refers to a judicial lien arising from Case No. 24B-347-W, the arguments and evidence presented at the hearing pertained to a judgment awarding attorney fees entered in Case No. 19-B-447-W.

For the reasons announced on the record at the hearing, it is hereby ORDERED as follows:

The Motion to Avoid is granted to the extent that Respondent's judicial lien impairs an exemption claimed by the Debtor, subject to 11 U.S.C. § 349(b)(1)(B) in the event of dismissal; and

This order is does not avoid, cancel, affect, or disturb any findings, rulings, orders, or judgments of the Superior Court of Lamar County resolving the boundary-line dispute in Respondent's favor, including (but not limited to) the Final Order entered in May 2023 in Case No. 19B-447-W and the order entered in Case No. 23B-111-W granting Respondent's motion to dismiss.

**END OF DOCUMENT**