**SO ORDERED.**

**SIGNED this 14 day of March, 2025.**



**Robert M. Matson**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re:<br><br>Sean Peyton Ross<br><br>Debtor | Case No. 24-51851<br><br>Chapter 7 |

**ORDER STRIKING DOCKET ENTRIES 34, 35, AND 36**

Before the Court are the filings titled "Emergency Motion for Stay of proceedings pending Appointment of Guardian AD Litem for Incompetent Debtor Ross Bankruptcy Case" [Doc. 34] and "Fiduciary's Motion to Find those Culpable and thru negligence that Caused this Debt and hold them liable to the Estate" [Docs. 35, 36].[1] These motions were filed by Cely Jeannette Ross, the Debtor's spouse, who is neither a bankruptcy debtor in this case nor the Debtor's attorney.

---

[1] Docket entries 35 and 36 are duplicate filings of the same document.

1

The Court held a hearing on these motions on March 13, 2025, at 9:30 AM. For the reasons announced on the record at the hearing, the Court strikes Docket Entries 34, 35, and 36 from the docket in this case.

**END OF DOCUMENT**