**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON**

**IN RE: SEAN PEYTON ROSS**                    **CASE NO. 24-51851**
                                                **CHAPTER**

## AFFIDAVIT

    Personally appeared the debtor(s) in the above referenced case, under penalty of perjury, depose(s) and say(s) that the information in the forgoing amendment is true and correct.

/s/ Sean Peyton Ross