UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:  SEAN PEYTON ROSS

CASE NO. 24-51851
CHAPTER 7

### CERTIFICATE OF SERVICE

This is to certify that I served the Amended Statement of Financial Affairs by placing a true and correct copy of same in the United States mail, with sufficient postage affixed thereto, or by electronic means on the following and those on the attached exhibit:

Walter W. Kelley
Chapter 7 Trustee
PO Box 70879
Albany, GA 31708

Dated this 19th day of March, 2025.

/s/ Sherry L. Johnson
Attorney for Debtor
GA Bar No. 706768
3333 Vineville Avenue
Macon, GA 31204
(478) 745-1641

```
Label Matrix for local noticing          5                                          (p)VELOCITY PORTFOLIO GROUP INC
113G-5                                   433 Cherry Street                          1800 RT 34 NORTH
Case 24-51851-RMM                        P.O. Box 1957                              BLDG 3 SUITE 305
Middle District of Georgia               Macon, GA 31202-1957                       WALL NJ 07719-9146
Macon
Tue Mar 18 16:48:08 EDT 2025

Capital One                              Credit One Bank                            Genesis FS Card Services
Attn: Bankruptcy                         PO Box 98873                               Attn: Bankruptcy
Po Box 30285                             Las Vegas, NV 89193-8873                   Po Box 4477
Salt Lake City, UT 84130-0285                                                       Beaverton, OR 97076-4401

Ginger L. Tant-Sanders                   John B. Miller & Associates                Karl P. Broder
283 Midway Road                          PO Box 675433                              Beck, Owen & Murray
Barnesville, GA 30204-3728               Marietta, GA 30006-0015                    100 South Hill Street
                                                                                    Suite 600
                                                                                    Griffin, GA 30223-3415

Kyle A, Cooper                           LVNV Funding                               (p)M&T BANK
PO Box 1635                              625 Pilot Road                             LEGAL DOCUMENT PROCESSING
Roswell, GA 30077-1635                   Suite 2/3                                  626 COMMERCE DRIVE
                                         Las Vegas, NV 89119-4485                   AMHERST NY 14228-2307

Mariner Finance                          Midland Funding                            (p)MISSION LANE LLC
Attn: Bankruptcy                         Attn: Bankruptcy                           PO BOX 105286
8211 Town Center Dr                      350 Camino De La Reine, Suite 100          ATLANTA GA 30348-5286
Nottingham, MD 21236-5904                San Diego, CA 92108-3007

Onemain                                  Paypal Credit                              Ragan & Ragan, PC
Po Box 1010                              PO Box 71202                               3100 Breckinridge Blvd.
Evansville, IN 47706-1010                Charlotte, NC 28272-1202                   Suite 722
                                                                                    Duluth, GA 30096-4985

Resurgent Capital Services               Rose Litigation                            Synchrony Bank
Attn: Bankruptcy                         4880 Lower Roswell Road                    PO Box 965064
Po Box 10497                             Suite 165-522                              Orlando, FL 32896-5064
Greenville, SC 29603-0497                Marietta, GA 30068-4375

Todd Harding                             U.S. Trustee - MAC                         Ginger L. Tant-Sanders
113 East Solomon Drive                   440 Martin Luther King Jr. Boulevard       P.O. Box 761
Griffin, GA 30223-3311                   Suite 302                                  283 Midway Rd.
                                         Macon, GA 31201-7987                       Barnesville, GA 30204-3728

Sean Peyton Ross                         Sherry Lynn Johnson                        Walter W Kelley
288 Midway Road                          Law Office of Sherry L. Johnson            Chapter 7 Trustee
Barnesville, GA 30204-3726               3333 Vineville Avenue                      P.O. Box 70879
                                         Macon, GA 31204-2327                       Albany, GA 31708-0879
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CKS Prime Investments
1800 State Route 34
Bldg 3, Suite 305
Belmar, NJ 07719

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26