**SO ORDERED.**

**SIGNED this 21 day of March, 2025.**



_____
**Robert M. Matson
United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| In re: | : BANKRUPTCY CASE |
| | : |
| **SEAN PEYTON ROSS** | : NO. 24-51851-RMM |
| | : |
| **Debtor** | : CHAPTER 7 |
| | : |

**ORDER GRANTING APPLICATION FOR APPROVAL
OF EMPLOYMENT OF PROFESSIONALS**

WALTER W. KELLEY, Trustee, filed an application to employ the law firm of Kelley & Lovett, P.C. to represent the Trustee in this case under 11 U.S.C. §327. The application stated that WALTER W. KELLEY, Thomas D. Lovett, and Shanna C. Aderhold are attorneys authorized to practice before this Court, are qualified to represent the Trustee and do not have any interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. §101(14). Therefore, it is

**ORDERED** that the law firm of Kelley & Lovett, P.C. is authorized to serve as the attorney for the Trustee on a contingent fee basis equal to 33-1/3% of the total or gross amount of funds or value of property recovered for the benefit of the estate plus reimbursement of reasonable out-of-pocket expenses. If a notice of appeal is filed by an opposing party to any action or claim brought by the Trustee, the contingent amount will increase to 40% of the total funds or value of property recovered plus reimbursement of reasonable out-of-pocket expenses. In the event there is an asset (including a claim or cause of action) in this case that would significantly benefit the bankruptcy estate and the case converts to another chapter prior to that asset being recovered by the Trustee, Kelley & Lovett, P.C. may be compensated on an hourly basis plus reimbursement of reasonable out-of-pocket expenses.

**END OF DOCUMENT**

**THIS DOCUMENT PREPARED BY:**

Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com